RE: C.O.A. # 04-16-00437-CV
GEIGER VS. HAMPEL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2016 OCT 11 PM 12: 49

09-29-16

DEAR MR. HOTTLE

Keith E. Hottle
KEITH E. HOTTLE, CLERK

"ENCLOSED," PLEASE FIND AN ORIGINAL & COPY OF APPELLANT'S "MOTION FOR TEMPORARY STAY" IN THE ABOVESAID CAUSE, TO BE FILED, DOCKETED AND SUBMITTED TO THE COURT

FOR ACTION IN THIS CASE. ALSO PLEASE NOTIFY ME OF YOUR RECIEPT AND DATE OF DOING SO.

YOU KIND ASSISTANCE IS HIGHLY APPRECIATED.

THANK YOU

Michael E. Geiger

c/o
MR. MICHAEL E. GEIGER # 577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884

MICHAEL E. GEIGER

_ VS _

PAUL A. HAMPEL

T.C.C. # 2013-CI-13615

## MOTION TO TEMPORARY STAY All PROCEEDING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL E. GEIGER, THE PETITIONER, PRO SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO TEMPORARY STAY THE APPEAL PROCEEDING. IN SUPPORT THEREOF, PETITION WILL SHOW TO WIT:

(1.) ON SEPT. 28TH, 2016, THE APPELLANT RECIEVED BOTH, THE CLERK'S RECORD AND REPORTER'S RECORD AND FOUND SUCH TO BE GROSSLY INCOMPLETE AND HINDERING TO HIS ABILITY TO STUDY, RESEARCH AND PERFECT HIS APPEAL BRIEF.

(2.) THE APPELLANT IS UNABLE TO SUBMIT AN APPEAL BRIEF TO THE COURT, DUE TO THE CLERK'S RECORD CONTAINING SEVERAL MOTIONS PLEADINGS OMISSIONS AND SUCH OMISSION ALTER BOTH, HIS ABILITY TO APPEAL AND DUE PROCESS RIGHT TO UTILIZE THE COURT.
—— (A) OCT. 23, 2016 REQUEST AND SERVICE OF PROCESS TO DEFENDANT.
— (B.) FEB. 7TH 2014 DECLARATION FOR ENTRY OF DEFAULT.
—— (C.) SEPT. 15TH 2014 MOTION TO PRODUCE DOCUMENTS.
— (A) DEC. 31ST 2014 OBJECTION TO SUMMARY JUDGEMENT.

(3.) THE APPELLANT IS UNABLE TO DRAFT & SUBMIT HIS BRIEF AS THE REPORTER HAS OMITTED THE TRANSCRIPT OF THE COURT HEARINGS VIA TELEPHONE OR AUDIO THEREOF.

(4.) THIS MOTION IS MADE IN THE INTEREST OF JUSTICE AND NOT MEANT TO DELAY THE PROCEEDING AND TO ALLOW THE COURT TO BOTH, ADDRESS AND RESOLVE THIS MATTER.   SEE ATTACHMENTS

(5.) APPELLANT RESPECTFULLY SHOULD BE ALLOWED "ORAL ARGUMENT". IN THE INVESTIGATION & RESOLUTION OF THIS MATTER AND THE RECORDED PLEADINGS AS HE CONTINUOUSLY LITIGATED & AVERRED THESE OMITTED DOCUMENTS THROUGHOUT THIS CASE. SEE EXHIBITS

WHEREFORE, BASED ON THE ABOVE, MICHAEL E. GEIGER, APPELLANT, PRO SE, URGES THIS HONORABLE COURT TO GRANT HIS MOTION TO TEMPORARILY STAY THE PROCEEDING TO RESOLVE AND TO CORRECT THE APPEAL RECORDS & TRANSCRIPTS.

RESPECTFULLY SUBMITTED
ON THIS 29th DAY OF SEPT. 2016.

_____ PRO SE
APPELLANT

I, MICHAEL E. GEIGER, DULY STATE AND DECLARE UNDER PENALTY OF PERJURY THE FOREGOING DOCUMENT TRUE & CORRECT TO MY KNOWLEDGE AS EXECUTED BY ME THIS 29th DAY OF SEPT. 2016.

_____ PRO SE
APPELLANT

(2.)

2016 OCT 11 PM 12:49

KEITH E. HOTTLE, CLERK

MICHAEL E. GEIGER

— VS —

PAUL A. HAMPEL

T.C.C. # 2013-CI-13615

## MOTION TO TEMPORARY STAY All PROCEEDING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Michael E. Geiger, THE PETITIONER, PRO SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO TEMPORARY STAY THE APPEAL PROCEEDINGS. IN SUPPORT THEREOF, PETITION WILL SHOWS TO WIT:

(1.) ON SEPT. 28th, 2016, THE APPELLANT RECEIVED BOTH, THE CLERK'S RECORD AND REPORTER'S RECORD, AND FOUND SUCH TO BE GROSSLY INCOMPLETE AND HINDERING TO HIS ABILITY TO STUDY, RESEARCH AND PERFECT HIS APPEAL BRIEF.

(2) THE APPELLANT IS UNABLE TO SUBMIT AN APPEAL BRIEF TO THE COURT, DUE TO THE CLERK'S RECORD CONTAINING SEVERAL MOTIONS, PLEADINGS OMISSIONS AND SUCH OMISSION ALTER BOTH, HIS ABILITY TO APPEAL AND DUE PROCESS RIGHT TO UTILIZE THE COURT.

———— (A) OCT. 23, 2014 REQUEST AND SERVICE OF PROCESS TO DEFENDANT.
——— (B.) FEB. 7th 2014 DECLARATIONS FOR ENTRY OF DEFAULT.
——— (C.) SEPT. 15th 2014 MOTION TO PRODUCE DOCUMENTS.
——— (D.) DEC. 31st 2014 OBJECTION TO SUMMARY JUDGEMENT.

(3.) THE APPELLANT IS UNABLE TO DRAFT & SUBMIT HIS BRIEF AS THE REPORTER HAS OMITTED THE TRANSCRIPT OF THE COURT HEARINGS VIA TELEPHONE, OR AUDIO THEREOF.

(4.) THIS MOTION IS MADE IN THE INTEREST OF JUSTICE AND NOT MEANT TO DELAY THE PROCEEDING AND TO ALLOW THE COURT TO BOTH ADDRESS AND RESOLVE THIS MATTER.   See ATTACHMENTS

(5.) APPELLANT RESPECTFULLY SHOULD BE ALLOWED "ORAL ARGUMENT". IN THE INVESTIGATION + RESOLUTION OF THIS MATTER AND THE RECORDED PLEADINGS AS HE CONTINUOUSLY LITIGATED + AVERRED THESE OMITTED DOCUMENTS THROUGHOUT THIS CASE . see EXHIBITS

WHEREFORE, BASED ON THE ABOVE, MICHAEL E. GEIGER, APPELLANT, pro se, URGES THIS HONORABLE COURT TO GRANT HIS MOTION TO TEMPORARILY STAY THE PROCEEDING, TO RESOLVE AND TO CORRECT THE APPEAL RECORDS + TRANSCRIPTS.

RESPECTFULLY SUBMITTED
ON THIS 23rd DAY OF SEPT. 2016.

_____ pro se.
APPELLANT

I, MICHAEL E. GEIGER, DULY STATE AND DECLARE UNDER PENALTY OF PERJURY THE FOREGOING DOCUMENT TRUE + CORRECT TO MY KNOWLEDGE AS EXECUTED BY ME THIS 23rd DAY OF SEPT. 2016.

_____ pro se
APPELLANT

(2.)

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2016 OCT 11 PM 12:49

Keith E. Hottle

KEITH E. HOTTLE, CLERK

ATTACHMENT

# 1 - 4

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

13 OCT 23 PM 12: 04

BY_____ DEPUTY

# 1

Clerk#_____

## Donna Kay McKinney
## Bexar County District Clerk

### Request for Process

**Cause Number** 2013-CI-13615;

Style: Michael E. Geiger,

Vs.                                    **District Court** 407th

Paul A. Hampel

Request the following process: (Please check all that Apply)

Citation _X_ Notice _X_ Temporary Restraining Order ___ Notice of Temporary Protective Order ____
Temporary Protective Order ___ Precept with hearing ___ Precept without a hearing ___ Writ of Attachment _____
Writ of Habeas Corpus ___ Writ of Garnishment ___ Writ of Sequestration ___ Capias ___ Other: Tort Suit

---

**1.**
**Name:** Michael E. Geiger,
**Registered Agent/By Serving:** PAUL A. HAMPEL,
**Address** 1202 Hallmark #201 San Antonio, Texas 78216
**Service Type:** (Circle One) *Private Process   Sheriff   Publication* (Circle One) *Commercial Recorder   Hart Beat   Courthouse Door*
~~Certified Mail~~ *Registered Mail   Out of County   Out of State   Secretary of State   Commissioner of Insurance*

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Circle One) *Private Process   Sheriff   Publication* (Circle One) *Commercial Recorder   Hart Beat   Courthouse Door*
*Certified Mail   Registered Mail   Out of County   Out of State   Secretary of State   Commissioner of Insurance*

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Circle One) *Private Process   Sheriff   Publication* (Circle One) *Commercial Recorder   Hart Beat   Courthouse Door*
*Certified Mail   Registered Mail   Out of County   Out of State   Secretary of State   Commissioner of Insurance*

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Circle One) *Private Process   Sheriff   Publication* (Circle One) *Commercial Recorder   Hart Beat   Courthouse Door*
*Certified Mail   Registered Mail   Out of County   Out of State   Secretary of State   Commissioner of Insurance*

---

**Name of Attorney/Pro se:** Michael E. Geiger     **Bar Number:** _____
**Address:** 2661 fm 2054   (#577721A)          **Phone Number:** (903)928-2211
Tennessee colony, Texas 75884

**Attorney for Plaintiff** pro se   **Defendant** _____   **Other** _____

***\*\*\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED\*\*\*\****

#2

IN THE
407TH JUDICIAL DISTRICT
COURT OF BEXAR COUNTY, TEXAS
SAN ANTONIO, TEXAS

MICHAEL E. GEIGER, PLAINTIFF

. VS .

PAUL A. HAMPEL, DEFENDANT

FEDERAL RULE CIVIL PROCEDURE RULE 55

## "PLEA-DECLARATION FOR ENTRY OF DEFAULT"

DEAR CLERK AND COURT:   Tx. Rule Civ. Proc. 239 or 107

### MICHAEL E. GEIGER, HEREBY DECLARE:

1.) I AM THE PLAINTIFF HEREIN, THE COMPLAINT HEREIN WAS FILED ON THE 12TH DAY OF AUGUST 2013.

2.) THE COURT FILES AND RECORDS HEREIN SHOULD SHOW THAT THE DEFENDANT(S) WERE "SERVED" BY THE U.S MARSHAL WITH A COPY OF THE SUMMONS, AND A COPY OF THE PLAINTIFF'S COMPLAINT ON THE 6TH DAY OF NOV. 2013

3) MORE THAN 20 DAYS HAVE ELAPSED SINCE THE DATE ON WHICH DEFENDANT(S) HEREIN WERE SERVED WITH SUMMONS AND A COPY OF PLAINTIFF'S COMPLAINT, EXCLUDING THE DATE THEREOF, AND AS APPLICABLE BY:
FED. RULE CIV. PROC. RULE 55

(1.)

4.) PLAINTIFF SEEKS HIS CONSTITUTIONAL RIGHT TO TORT REDRESS AND FULL RESOLUTION IN DAMAGES REQUESTED HEREIN, BOTH PUNITIVE AS WELL AS COMPENSATORY AND THAT "ALL TAXES & FEES" BE RENDERED TO DEFENDANTS AND THAT DEFENDANTS REFUSAL TO RESPOND AND NEGLEGENT DISREGARD FOR LAW, SUMMONS AND THE COURT HEREIN BE EVIDENCE. LIKEWISE.

5.) THE DEFENDANTS HAVE "FAILED TO ANSWER", REFUTE, CONTEST OR OTHERWISE DEFEND AS TO PLAINTIFF'S COMPLAINT, OR TO SERVE ANY COPY OF ANY ANSWER OR ANY DEFENSE WHICH IT MIGHT HAVE HAD, UPON AFFIANT OR ANY OTHER PLAINTIFF OR ALLEGATION HEREIN.

6.) DEFENDANTS ARE NOT IN THE MILITARY SERVICE AND ARE NOT INFANTS OR INCOMPETENTS.

7.) PLAINTIFF ASK THE CLERK & COURT TO "ENTER DEFAULT" HEREIN, AS HE HAS A LEGAL RIGHT TO AFFIRMATIVE RELIEF, WHEREIN A DEFENDANT HAS FAILED TO PLEAD OR OTHERWISE DEFEND. AND THUSLY THIS CLERK MUST ENTER THE PARTY'S DEFAULT.

---

I MICHAEL E. GEIGER, DULY STATE, DECLARE UNDER PENALTY OF PERJURY THE THE FOREGOING DOCUMENT IS TRUE & CORRECT TO MY KNOWLEDGE, EXECUTED BY ME THIS 7TH DAY OF FEBRUARY 2014.

_(signature)_
PLAINTIFF

---

## CERTIFICATE OF SERVICE

I MICHAEL E. GEIGER, DULY DECLARE & CERTIFY THAT A TRUE & CORRECT COPY OF THE ABOVE "MOTION TO DECLARE DEFAULT" HAS BEEN FORWARDED BY ME TO DEFENDANT THRU U.S. POSTAL SERVICE, POSTAGE PRE-PAID BY ME AND TO THE KNOWN BELOW ADDRESS; THIS 7TH DAY OF FEB. 20 KL.

℀ PAUL A. HAMPEL
1202 HALLMARK #201
SAN ANTONIO, TX.
78216

_(signature)_
PLAINTIFF

℅
MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TX
75884

(2)

# AFFIDAVIT ON DEFAULT

MY NAME IS MICHAEL E. GEIGER, I AM OVER AGE 21 AND HOUSED IN TEXAS I COMPETENTLY DECLARE, VOLUNTARILY STATE; I AM PLAINTIFF IN THIS ABOVE CAUSE AND MAKE THIS AFFIDAVIT FREELY, HONESTLY AND WITHOUT MALICIOUS ABUSE OR INTENT TOWARDS ANY PARTY. AND ATTEST TO THE BELOW WRITTEN FACTS:

ON AUGUST 16TH I SUBMITTED & FILED A TOUT CLAIM IN BEXAR COUNTY TEXAS FOR REDRESS AGAINS "PAUL A. HAMPEL" WHOM ATTEMPTED AND DEVISED A FRAUD & MAIL SCHEME FOR THE PURPOSE OF EXECUTING BRIBERY OF PAROLE OFFICIALS AND VIOLATE LAW, TO DEFRAUD ME OF $2,900°° AS A RESULT OF THE FRAUDULENT SCHEME AND THE USE OF U.S. MAIL SERVICES TO DO SO.

I HAVE NOT RECIEVED IN THIS ENTIRE MATTER AND PROCESS, ANY REPLY, ANSWER OR CONTESTMENT, TO REFUTE THE ALLEGATIONS OR COMPLAINT OR COURT PROCEEDINGS FURTHER, IN THIS MATTER: AT NO TIME, HAS DEFENDANT OR THEIR LEGAL REP. CONTACTED ME OR IN THEIR BEHALF... AND I WILL TESTIFY UNDER OATH IN COURT TO THESE FACTS AND EVIDENCE, EXHIBETS SUBMITTED HEREIN AS ATTESTED BY MY SIGNATURE WRITTEN BELOW.

I MICHAEL E. GEIGER, DULY STATE, DECLARE UNDER PENALTY OF PERJURY THE FOREGOING AFFIDAVIT TRUE AND CORRECT TO MY KNOWLEDGE. AND EXECUTED BY ME THIS 7TH DAY OF FEB. 2014.

Plaintiff

(3)

#4

COPY

NO 2013-CI-13615

| | | |
|---|---|---|
| MicHael E. Geiger | ) | IN THE DISTRICT COURT |
| VS. | ) | 407TH JUDICIAL DISTRICT |
| Paul A. Hampel | ) | BEXAR COUNTY, TEXAS |

## MOTION TO SET

Mr. MicHael E. Geiger , (Printed name of party setting hearing) the
PLAINTIFF (Plaintiff, Petitioner, Defendant, Respondent) in this cause,
files this Motion to set for JURY TRIAL; PRE-TRIAL ETC (non-
jury trial on the merits, temporary orders, specific name of motion being set) on the
4th day of OCTOBER MAY , 2014 2015.

Respectfully submitted,

(Signature of person requesting setting)
Printed Name: MR. MICHAEL E. GEIGER
Bar No. of attorney: PRO SE,
Address: 2661 FM 2054
TENNESSEE COLONY, TEXAS 75884
Tel. No. (903) 928 - 2211
FAX No. ( )

## ORDER

IT IS ORDERED that a trial/hearing as requested above is set on the above styled
and numbered cause on the 4th day of MAY , 20 15 at
8:30 A.M. in the Presiding Civil District Court, Room 109, Bexar County Courthouse,
San Antonio, Texas. 150th District Court. ADR 1-12-15 @ 8:30 57th

Wow!

Now SET AS
May 23RD 2016 (MONDAY)
9:00 AM

How is IT fucking
POSSIBle A year passes
from Judge's signature
To court's stamp

SIGNED

SEP - 5 2013

ANTONIA ARTEAGA
DISTRICT JUDGE
57TH DISTRICT COURT

JUDGE PRESIDING

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

2014 SEP - 2 A 10: 46

DEPUTY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion/Order to Set was delivered in accordance with the Texas Rules of Civil Procedure, on AUGUST 27TH , 20 14 to MR. PAUL A. HAMPEL

*(Names of parties or their attorneys to whom copies were/will be sent).*

_____

*(Signature of person setting hearing)*

PRINTED NAME: MR MICHAEL E. GEIGER

August 27th, 2014

Dear Clerk

Greetings & Respects

Enclosed, find the original "MOTION TO SET"
Would you be so kind and file, log and submit such
to the Court and Docket herein? For Action/Scheduling.

Also would you "PLEASE" notify me of your reciept of this
motion and date of doing so?. Your Time & Efforts in
this matter is highly appreciated.

THANK YOU

[signature]

℅
MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

2014 SEP -2 A 10: 46

DEPUTY

Filed By: [signature] Moreno

#3

IN THE 150TH JUDICIAL
DISTRICT COURT FOR
BEXAR COUNTY, TEXAS

MICHAEL E. GEIGER, PLAINTIFF

. VS .

PAUL A. HAMPEL     DEFENDANT

## SUBPOENA MOTION REQUEST FOR PRODUCTION OF DOCUMENTS ETC. FED. R. CIV. PROC. RULE 34

TO THE HONORABLE COURT, JUDGE:

COMES NOW, MICHAEL E. GEIGER, PLAINTIFF HEREIN AND BEING ALSO IDENTIFIED AS SUCH, AND BY VIRTUE OF DUE PROCESS, AND FED. R. CIV. PROC. RULE 34 AND HEREBY REQUEST THE PRODUCTION OF PERTINENT DOCUMENTS FOR INSPECT FOR PURPOSE OF TRIAL BY – JURY, IN THE ABOVESAID CAUSE ACTION, AS HE SHOWS TO WIT:

I

1.) PLAINTIFF DECLARES THAT THE SOLE PURPOSE HEREIN THAT HE SEEKS THE HEREINAME DOCUMENTS, RECORDS, DATA ETC. IS STRICTLY FOR COURT AND SUCH IS PERTINANT TO THE PROSECUTION & DEFENSE OF THIS CASE TRIAL, AND "NOT" TO HARASS, COERCE, INTIMIDATE, ABUSE OR RETALIATE TO NO PARTIES IN THIS MATTER AND SAID INFO. REMAINS PRIVATELY USED HEREIN, AS

2.) PLAINTIFF MICHAEL E. GEIGER REQUEST DEFENDANT PAUL A. HAMPEL TO RESPOND WITHIN (30) THIRTY DAYS TO THE FOLLOWING REQUEST AND TO PRODUCE FOR INSPECTION:

(1)

3.) THAT THE DEFENDANT PRODUCE AND PERMIT PLAINTIFF TO INSPECT AND COPY OF EACH PROVIDED OF THE FOLLOWING DOCUMENTS:

(A) CLIENT SELECTION RULES, GUIDELINES, POLICY AND RECORDS.

(B) PAROLE BOARD ORAL, WRITTEN PRESENTION GUIDELINES AND RECORDS.

(C) CLIENT CASE REVIEW GUIDELINES, CONTRACTS, FORMS AND PROCEDURES.

(D) PRISON & PAROLE RECORDS REQUEST FORMS, INFORMATION, CONTRACTS, RULES, PROCEDURES, GUIDELINES, E-MAILS, VIDEOS ETC.

(E) LIVING & TRANSPORTATION OF FAMILY, CONTACT LIST, PROCEDURES, POLICY AND CONTRACTS, INTERVIEW RECORDS, E-MAILS ETC.

(D) PAROLE PANEL MEMBER (VOTER) CONTACT FORMS, POLICY, CONTRACTS, VOTING RECORDS, REQUEST DOCUMENTS, E-MAILS, D.V.Ds ETC.

(F.) CLIENT ELIGIBILITY RECORDS, POLICY, PROCEDURES, RECIEPTS, RACIAL BACKGROUNDS AND GUIDELINES.

(G) FEE SERVICES TAX REPORTS, DEDUCTIONS, RETURNS, RECIEPTS ETC.

(H) STATE BAR COMPLAINT HISTORY RECORDS, REPORTS AND RESULTS.

(I) PAROLE PANEL CLIENT (VOTER) EXPENSES, REPORTS/RECIEPTS, BENEFITS, TAX FEES ETC.

(J) CLIENT PAROLE RELEASE RESULTS, CHARTS, ODDS RECORDS ETC.

(K.) PAROLE PANEL MEMBER TRACKING REPORTS, T.D.C.J. APPROVAL RECORDS & CONTRACTS.

(L) PRISONER INTERVIEW & IDENTIFICATION RECORDS, GUIDELINES, RULES, PROCEDURES AND APPROVAL RECORDS.

(M) PAROLE ARGUMENT GUIDELINES, PLANS, POLICY, PROCEDURES RECORDS.

(N) CLIENT PAYMENT RECIEPT POLICY, PROCEDURES AND REFUND POLICY.

4.) PLAINTIFF CONTENDS HIS 8TH AMENDMENT & DUE PROCESS RIGHT TO EXERCISE RETRIEVAL & PRODUCTION HEREIN PER FED. RULE CIV. PROC. RULE 34(B) AS: A PARTY WHO PRODUCES DOCUMENTS FOR INSPECTION SHALL PRODUCE THEM AS THEY ARE KEPT IN THE USUAL COURSE OF BUSINESS OR SHALL ORGANIZE AND LABEL THEM TO CORRESPOND WITH THE CATAGORIES IN THE REQUEST.

5) PLAINTIFF DECLARES & STATES RESPECTFULLY THAT THE ABOVESAID REQUESTED DOCUMENTS, RECORDS AND INFORMATION SHALL BE FORWARDED TO HIM BY DEFENDANTS AND MAIL&OR DELIVERED AT EXPENSE OF DEFENDANTS AT THE BELOW LISTED ADDRESS FOR PLAINTIFF, WITHIN (30) DAYS OR BE FINED & SANCTIONED FOR CONTEMPT & DENIAL OF ACCESS TO COURT'S 8TH AMENDMENT LAW AND CONSTITUTIONAL RIGHT.

## PRAYER

WHEREFORE PREMISES CONSIDERED, PLAINTIFF SEEKS RELIEF AND PRAY THE COURT TO ISSUE SUBPOENA*" AND ORDER OF PRODUCTION TO DEFENDANTS HEREIN AND IN FULL ACCORD OF LAW AND PROCEDURES HELD WITHIN THE CONSTITUTION.

*" A COPY OF THIS REQUEST HAS LIKEWISE BEEN FORWARDED TO DEFENDANT THIS 15TH DAY OF SEPT. 2014.

I MICHAEL E. GEIGER, DULY STATE AND DECLARE UNDER PENALTY OF PERJURY THAT THE FULL GOING DOCUMENT IS TRUE & CORRECT TO MY KNOWLEDGE AS EXECUTED BY ME THIS 15TH DAY OF SEPT. 2014

%  MR. MICHAEL E. GEIGER #577721A
COFFIELD PLANTATION
2661 FM 2054
TENNESSEE COLONY, TEXAS
75884

(3)